IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW KIRSCHNER**, *et al.,* | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| v. | : | NO. 23-993 |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 31st day of October, 2023, upon consideration of Defendant's Motion to Dismiss and/or Strike (Doc. No. 10) and Plaintiffs' Response (Doc. No. 11), it is hereby **ORDERED** that the Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. Defendant's Motion to Strike is **GRANTED** as to: (a) Plaintiffs' demand for attorneys' fees as set forth in Counts I–V; (b) paragraphs 5 and 50(o), and (c) Plaintiffs' demand for emotional distress damages in paragraph 52. The Motion is **DENIED** in all other respects.

2. Defendant's Motion to Dismiss is **GRANTED** as to Count V of the Complaint. The Motion is **DENIED** in all other respects.

It is further **ORDERED** that within **fourteen (14) days** from the date of this Order, Defendant shall file an answer to the remaining portions of the Complaint.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**